HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARIO LAMONT HARRIS, | CASE NO. C19-5698RBL-JRC |
| Plaintiff, | ORDER |
| v. | |
| RON HAYNES, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 28], recommending that the Court GRANT Defendant Furst's Motion for Summary Judgment [Dkt. # 24] and DISMISS Plaintiff Harris's claims against him with prejudice. Harris has not objected.

1. The Report and Recommendation is ADOPTED;

2. Defendant Furst's Motion for Summary Judgment is GRANTED;

3. Harris's claims against Furst are DISMISSED with prejudice;

4. If he appeals, Furst's *in forma pauperis* status WILL continue.

ORDER - 1

5. The Clerk shall send copies of this Order to Harris, Defendants' counsel, and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 15th day of May, 2020.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge