UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIO LAMONT HARRIS,

        Plaintiff,

v.

RON HAYNES, *et al.*,

        Defendants.

CASE NO. 3:19-CV-05698-BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 36. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion to dismiss (Dkt. 31) is **DENIED** as moot; Defendants' "amended motion to dismiss" (Dkt. 32) is **GRANTED** in part and **DENIED** in part, and all of Plaintiff's remaining claims are **DISMISSED** with prejudice; and

ORDER - 1

(3) The Clerk shall enter **JUDGMENT** and close this case. Plaintiff's *in forma pauperis* status is **REVOKED** for the purposes of appeal.

Dated this 18th day of August, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2